IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| EUGENE PEREZ, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>WELLS FARGO BANK, N.A., et al.,<br><br>        Defendants. | Case No.: C-11-02279 JCS<br><br>**ORDER FOR SUPPLEMENTAL DECLARATIONS** |
|---|---|

Plaintiffs have filed a motion to remand the proceedings to California state court. A hearing was held on February 15, 2013. At the hearing, the Court requested a declaration from counsel for Defendant First American Trustee Servicing Solutions LLC f/k/a First American Loanstar Trustee Services LLC ("Loanstar") to support counsel's statement that Loanstar is a citizen of Texas. Counsel for Loanstar submitted a declaration stating that Loanstar is a "Texas Limited Liability Company" ("LLC") and attached a Certificate of Amendment filed with the Texas Secretary of State, dated May 13, 2010, reflecting Loanstar's name change. Declaration of Glenn H. Wechsler Regarding Citizenship of Loanstar, 1-2, Ex. A. But LLC's are "citizen[s] of every state in which [their] owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).

//
//
//
//
//

To determine Loanstar's citizenship and assess whether this case falls within the Court's diversity jurisdiction, the parties shall submit supplemental declarations, within ten days, identifying the owners/members of Loanstar and their respective citizenship.[1]

IT IS SO ORDERED.

Dated: February 19, 2013

_____
JOSEPH C. SPERO
United States Magistrate Judge

---

[1] Plaintiffs' counsel submitted such a declaration in conjunction with Plaintiffs' Reply to Wells Fargo's Opposition to Motion to Remand. However, that declaration was unsigned.